```
Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____
            Western District of Oklahoma

Case number (if known): _____     Chapter ___11___
```

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | **Partida Holdings of Tulsa, LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** | **Generator Supercenter of Tulsa** |
| Include any assumed names, trade names, and *doing business as names* | **GSC of Tulsa** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 2 7 9 7 3 7 5** |

**4. Debtor's address**

**Principal place of business**

**3800 NE 104th Street**
_____
Number          Street

**Oklahoma City, OK 73131**
City                          State     ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

_____
Number          Street

_____
City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____
City                          State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Partida Holdings of Tulsa, LLC**
Name                                                        Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Faith Electric, Inc.** Relationship **Affiliate**

District **Western District of Oklahoma** When **3/31/2025**
MM / DD / YYYY

Case number, if known **24-10921**

Debtor  **Partida Holdings of Tulsa, LLC** _____  Case number *(if known)* _____
  Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>  _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number     Street<br>  _____<br>  _____<br>  City                                   State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    **Partida Holdings of Tulsa, LLC**            Case number *(if known)* _____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/10/2025**
          MM/ DD/ YYYY

X   **/s/ Austin Partida**               **Austin Partida**
    Signature of authorized representative of debtor        Printed name

Title         **CEO**

**18. Signature of attorney**

X     **/s/ Amanda R. Blackwood**     Date **04/10/2025**
   Signature of attorney for debtor            MM/ DD/ YYYY

**Amanda R. Blackwood**
Printed name

**Blackwood Law Firm, PLLC**
Firm name

**512 NW 12th Street**
Number      Street

**Oklahoma City**            **OK**      **73103**
City                            State      ZIP Code

**(405) 309-3600**            **amanda@blackwoodlawfirm.com**
Contact phone                       Email address

**33839**                      **OK**
Bar number                        State

Fill in this information to identify the case:

Debtor name **Partida Holdings of Tulsa, LLC**

United States Bankruptcy Court for the: **Western** District of **Oklahoma**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  _____

Fill in this information to identify the case:

Debtor name _____ **Partida Holdings of Tulsa, LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Oklahoma** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

Debtor     **Partida Holdings of Tulsa, LLC**
_____     Case number *(if known)* _____
　　　　　Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

　**Apollo Funding**
_____

　**333 W. Commercial Street Suite 324**
_____

　**East Rochester, NY 14445**
_____

　Date or dates debt was incurred _____

　Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$858,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

　**Bank of Western Oklahoma**
_____

　**PO Box 529**
_____

　**Weatherford, OK 73096**
_____

　Date or dates debt was incurred _____

　Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

　**Berkovitch & Bouskila, PLLC**
_____

　**1545 US 202 Ste 101**
_____

　**Pomona, NY 10970**
_____

　Date or dates debt was incurred _____

　Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

　**Cambridge Advance**
_____

　**7901 4th Street N. #400**
_____

　**Saint Petersburg, FL 33702**
_____

　Date or dates debt was incurred _____

　Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

Debtor    **Partida Holdings of Tulsa, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Celero**

**c/o Craig Tractenberg**
**Fox Rothschild, LLP**

**2001 Market Street Ste. 1700**

**Philadelphia, PA 19103**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Costco Wholesale Corporation**

**PO Box 34331 98124**


Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

**DLP Funding, LLC**

**447 Broadway 2nd floor**

**New York, NY 10013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$280,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**F&M Bank**

**1401 Health Center Parkway**

**Yukon, OK 73099**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Partida Holdings of Tulsa, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.9**

Nonpriority creditor's name and mailing address

**Global Merchant Cash, Inc.**

**64 Beaveer Street Suite 415**

**New York, NY 10004**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$500,000.00

---

**3.10**

Nonpriority creditor's name and mailing address

**Lionhart Funding**

**40 Wall Street Unit 2701**

**New York, NY 10005**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$225,000.00

---

**3.11**

Nonpriority creditor's name and mailing address

**Slate Advance**

**15 America Ave Ste. 303**

**Lakewood, NJ 08701**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$300,000.00

---

**3.12**

Nonpriority creditor's name and mailing address

**SQ Advance**

**7901 4th St. N Ste. 300**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000,000.00

---

Debtor    **Partida Holdings of Tulsa, LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $700,000.00 |
| --- | --- | --- | --- |
| | **SQ Advance** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **7901 4th St. N Ste. 300** | ☑ Unliquidated | |
| | **Saint Petersburg, FL 33702** | ☑ Disputed | |
| | | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | |
| | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |
| | **Synchrony** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **777 Long Ridge Road** | ☑ Unliquidated | |
| | **Stamford, CT 06902** | ☑ Disputed | |
| | | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | |
| | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450,000.00 |
| --- | --- | --- | --- |
| | **VEX Capital** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **96-14 Metropolitan Ave.** | ☑ Unliquidated | |
| | **Forest Hills, NY 11375** | ☑ Disputed | |
| | | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | | |
| | | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

Debtor    **Partida Holdings of Tulsa, LLC**_____    Case number *(if known)*_____
Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Celero**<br>**Hapreth on the Green IV**<br>**100 Westwood Place 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.12**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.13**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Law Offices of Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd. Ste 305**<br>**Suffern, NY 10901** | Line **3.4**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Marty Friend**<br>**Harpeth on the Green IV**<br>**100 Westwood Place Ste 200**<br>**Brentwood, TN 37027** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Yehuda Klein, Esq.**<br>**The Klein Law Firm, LLC**<br>**1820 Swarthmore Ave #714**<br>**Lakewood, NJ 08701** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Partida Holdings of Tulsa, LLC**
_____
         Name                                                    Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$4,613,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,613,000.00** |

Fill in this information to identify the case:

Debtor name __**Partida Holdings of Tulsa, LLC**__

United States Bankruptcy Court for the:

__**Western District of Oklahoma**__

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | **8200 Trade Center, LLC** |
| | | **Contract to be ASSUMED** | **c/o Delta Property Management, LLC** |
| | State the term remaining | | **6975 S. Columbia Ave.** |
| | List the contract number of any government contract | | **Tulsa, OK 74136** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Service contracts - Debtor will assume contracts with all parties on the attached list.** | **See attached list** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Creditor Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Michael Tidwell | 1785 East 31st st | Tulsa | OK | 74105 |
| Dennis Hanby | 2501 S Hickory Ct | Broken Arrow | OK | 74012 |
| Barry & Karen Smith | 1813 East 45th Place South | claremore | OK | 74017 |
| Ava Heimdale | 2010 W 4th Pl S | claremore | OK | 74017 |
| John Berwaldt | 17301 SOUTH 337TH EST AVENUE | PORTER | OK | 74454 |
| Neel and Erica Kumar | 2446 E. 22nd St. | Tulsa | OK | 74114 |
| Gina Watkins | 4385 E. 181st st | Bixby | OK | 74008 |
| Debra & Chuck Kelley | 4205 s Nogal ave | Broken arrow | OK | 74011 |
| James (Jim) Myers | 2500 East Olympia Street | Broken Arrow | OK | 74014 |
| James & Karen Otterstrom | 912 W Toledo Cir | Broken Arrow | OK | 74012 |
| Bill Brown (CLAREMORE) | 11605 E. Elm | Claremore | OK | 74019 |
| Carlos Lopez | 15608 S Elwood | Glenpool | OK | 74033 |
| Cliff Antee | 1706 Caddo St | Oolagah | OK | 74053 |
| Dewayne & Jana Hallman | 17427 East 84th Street N | Owasso | OK | 74055 |
| Patricia Hardy | 8347 N 118th E Ave | Owasso | OK | 74055 |
| Joe Fife | 101029 hwy 82 | Vian | OK | 74962 |
| Ryan and Rachel Wimpey | 22380 East 115th Place South | Coweta | OK | 74429 |
| Cathy Franks | 378140 EAST 1000 ROAD | EMAH | OK | 74859 |
| Dave Bean | 3035 South 49th West Avenue | Tulsa | OK | 74107 |
| Chris Scarpa | 18700 E hwy 28A | Tulsa | OK | 74434 |
| FRANKIE KUPKA | 18717 West Sugar Mountain Circle | Tulsa | OK | 74055 |
| David Warkentine | 21314 East 113th Street South | Tulsa | OK | 74429 |
| CHER EE COUNTY RWD8 | 23190 Oklahoma 51 | Tulsa | OK | 74467 |
| KBL Homes | 27559 South 556 Lane | Tulsa | OK | 74334 |
| Hank Harbaugh | 2843 E 39th St | Tulsa | OK | 74013 |
| Kim & Quinn Jones | 30288 S VFW rd | Tulsa | OK | 74033 |
| Randell Shults | 446653 East 280 Road | Tulsa | OK | 74361 |
| Brian Jones | 4795 East 545 | Tulsa | OK | 74136 |
| Samalyn Cudek | 9409 S Urbana Ave | Tulsa | OK | 74369 |
| Steve & Katie Dobbs | 9945 South 87th East Avenue | Tulsa | OK | 74369 |

| | | | | |
|---|---|---|---|---|
| Louella Rudd | 111 Deadwood Drive | Adair | OK | 74330 |
| Paula Smith | 8660 North 428 | Adair | OK | 74330 |
| Glen & Julie Winn | 453527 Ponca Ave. | Afton | OK | 74331 |
| Karen Barnhart | 453558 Osage Ave | Afton | OK | 74331 |
| Brad and Angela Smith | 1501 North Post Road | Arcadia | OK | 73007 |
| Amy Trumble | 1243 May Lane | Bartlesville | OK | 74006 |
| Bill Marshall | 1425 SE Hamden Rd | Bartlesville | OK | 74006 |
| Bob James | 2411 Circle Drive | Bartlesville | OK | 74006 |
| Mike McGrew | 3600 Dana Drive | Bartlesville | OK | 74006 |
| Paul Stattel | 5209 Barnett Avenue | Bartlesville | OK | 74006 |
| Rick Dinkel | 1215 CROWN DR | Bartlesville | OK | 74006 |
| Tony & Fawn Horn | PO Box 336 | Beggs | OK | 74421 |
| Don Thorne | 434525 East 340 Road | Big Cabin | OK | 74332 |
| Marla Barrett | 10340 East 121st Place South | Bixby | OK | 74008 |
| Ronald Edwards | 11806 South 73rd East Avenue | Bixby | OK | 74008 |
| Scott Wilkins | 12118 South 109th East Avenue | Bixby | OK | 74008 |
| DAVID & REBA HILL | 14770 South Lakewood Place | Bixby | OK | 74008 |
| Roger & Roxie Hess | 16515 South Rockford Avenue | Bixby | OK | 74008 |
| Dan Newman | 1718 East 151st Street South | Bixby | OK | 74008 |
| Gregory Morris | 4704 East 144th Street South | Bixby | OK | 74008 |
| Mac Fitzgerald | 5799 E 145th St. South | Bixby | OK | 74008 |
| Deborah Burd-Varner | 6035 East 128th Street South | Bixby | OK | 74008 |
| ROBERT ESTES | 805 North Terrace Drive | Bixby | OK | 74008 |
| Linda Love | 8808 East 136th Street South | Bixby | OK | 74008 |
| Denise Quillin | 9910 East 119th Place South | Bixby | OK | 74008 |
| Rural Sewer District #1 | Todd McGuire | Bixby | OK | 74008 |
| Danny Duncan | 11505 E 201st St S | Bixby | OK | 74008 |
| Russell & Pam Reeves | 6103 E. 128th St. | Bixby | OK | 74008 |
| Tom & Susan Newman | 6707 E 118th St S | Bixby | OK | 74008 |
| Jennifer Roth | 6753 E 123RD ST S | Bixby | OK | 74008 |
| Kathy Gerian | 405 Adams Avenue | Blackwell | OK | 74631 |

| | | | | |
|---|---|---|---|---|
| Greg Sixkiller | 531 Jefferson Avenue | Blackwell | OK | 74631 |
| Dana Turner | 503 Minnie Avenue | Boley | OK | 74829 |
| K RONALD MACY | 1008 EAST SEATTLE STREET | Broeken Arrow | OK | 74012 |
| JOHN M HORETH II | 3109 SOUTH GARDENIA | Broeken Arrow | OK | 74012 |
| Bobby (JAMES) R Roberts SR | 4 Mayfair Dr | Bristow | OK | 74010 |
| Ron & Debbie Akins | 28794 W HW 66 | Bristow | OK | 74010 |
| Hoby & Courtney Parks | 45637 W HWY 16 | Bristow | OK | 74010 |
| Tina Cabrera | 1200 East Edgewater Street | Broken Arrow | OK | 74012 |
| Richard H & Madonna Snelson | 1408 West Quinton Street | Broken Arrow | OK | 74011 |
| Tricia Casteel | 1501 West Phoenix Place | Broken Arrow | OK | 74011 |
| Matthew and Kristina Webster | 1607 West Los Angeles Circle | Broken Arrow | OK | 74011 |
| Waylan & Linda McLain | 16247 East 128th Street South | Broken Arrow | OK | 74011 |
| Rick & Sherry Archer | 1802 South Ash Place | Broken Arrow | OK | 74012 |
| WOLF, STEPHANIE | 1809 South Lions Avenue | Broken Arrow | OK | 74012 |
| Donald Cowan | 19642 East 39th Street South | Broken Arrow | OK | 74014 |
| Lura Bates | 20931 E 37th Pl S | Broken Arrow | OK | 74014 |
| Eric Myles | 21112 East 111th Place South | Broken Arrow | OK | 74014 |
| Haines, Paul | 213 South Walnut Avenue | Broken Arrow | OK | 74012 |
| Susan Sailing | 21952 East 101st Place South | Broken Arrow | OK | 74014 |
| Tim Howard | 2433 South 16th Court | Broken Arrow | OK | 74012 |
| Henderson, Lynn | 2708 West Houston Place | Broken Arrow | OK | 74012 |
| Ola Ross | 2806 South 294th East Avenue | Broken Arrow | OK | 74014 |
| Dustin Pham | 2812 North Juniper Avenue | Broken Arrow | OK | 74012 |
| Rebecca Kephart (Prev Jerry Howell) | 28605 East 76th Street South | Broken Arrow | OK | 74014 |
| John & Wendy Wolf | 2914 East Quaker Street | Broken Arrow | OK | 74014 |
| James Steyer | 3000 West Winston Street | Broken Arrow | OK | 74011 |
| Michael D & Tina Brickey | 3007 West Washington Place | Broken Arrow | OK | 74012 |
| Donna Jean Crussell | 304 Ashton Drive | Broken Arrow | OK | 74014 |
| KJ GOODWIN | 33309 East 61st Street South | Broken Arrow | OK | 74014 |
| Jeff Holzman | 3400 South Willow Avenue | Broken Arrow | OK | 74012 |
| Roy & Gamal Lucius | 3411 West Edgewater Place | Broken Arrow | OK | 74012 |

| | | | | |
|---|---|---|---|---|
| Stephen & Carol Vaca | 3415 West Edgewater Place | Broken Arrow | OK | 74012 |
| Dana & Theresa Hutson | 3606 West Quantico Place | Broken Arrow | OK | 74011 |
| Rob Thompson | 3809 S. Butternut | Broken Arrow | OK | 74011 |
| Randy Rhines | 3827 South Magnolia Place | Broken Arrow | OK | 74011 |
| Michael Hann | 401 South 62nd Street | Broken Arrow | OK | 74014 |
| Clay, Cheryl | 4012 South Poplar Avenue | Broken Arrow | OK | 74011 |
| Richard Hubert | 4102 West Laredo Street | Broken Arrow | OK | 74012 |
| Jay Bennett | 4114 West Yuma Street | Broken Arrow | OK | 74011 |
| Barry Boydstun | 4508 West Louisville Street | Broken Arrow | OK | 74012 |
| Ted Pollock | 4529 S. Retana Ave. | Broken Arrow | OK | 74011 |
| Liang, Jason | 4709 South Retana Avenue | Broken Arrow | OK | 74011 |
| Thomas Martin | 4934 South Redbud Avenue | Broken Arrow | OK | 74011 |
| THOMAS SMITH (BR EN ARROW) | 601 North Aster Avenue | Broken Arrow | OK | 74012 |
| Teresa Dunlap | 7508 South Hickory Avenue | Broken Arrow | OK | 74011 |
| Joe Howard | 7705 South 3rd Place | Broken Arrow | OK | 74011 |
| Mark Gerlach | 7900 E Commercial St. | Broken Arrow | OK | 74014 |
| Mark and Tracy Hagen | 8401 South Fawnwood Court | Broken Arrow | OK | 74011 |
| Donny Hall | 9326 South 305th East Avenue | Broken Arrow | OK | 74014 |
| Bill Fender | 2516 N 13th St | Broken Arrow | OK | 74012 |
| LeAnn Pickett & Tom Proctor | 4212 W URBANA ST | Broken Arrow | OK | 74012 |
| Thomas Kiley | 1909 W Charleston St | Broken Arrow | OK | 74011 |
| Paul Appel | 5704 W Charleston | Broken Arrow | OK | 74011 |
| Susan Manning & Steve Richison | 23066 e 87th st. South | Broken arrow | OK | 74014 |
| Steven Humphrey | 8408 E FREEPORT ST | Broken Arrow | OK | 74014 |
| JAMES GRAY (CANADIAN, ) | 92 WEST BUFFALO STREET | CANADIAN | OK | 74425 |
| Justin D & Jo Ann Williams | 2050 South 261st East Avenue | Catoosa | OK | 74015 |
| Armstrong, Rebecca | 26841 East 31st Street | Catoosa | OK | 74015 |
| Steve Koupe | 27325 East 5th Street | Catoosa | OK | 74015 |
| Bradley (Brad) R Hill | 111800 New Texanna Road | Checotah | OK | 74426 |
| Wolfe, Gregory | 224 West Miles Avenue | Checotah | OK | 74426 |
| TRAYLOR, VICTOR | 426492 East 1100 Road | Checotah | OK | 74426 |

| | | | | |
|---|---|---|---|---|
| Phillip & Kathy Newsom | 310 Shapard Drive | Choctaw | OK | 73020 |
| Paul Gruenberg | 10003 Cedar Springs Drive | Claremore | OK | 74017 |
| Matthew Thompson | 11905 Freedom Drive | Claremore | OK | 74017 |
| Derek Short | 13500 East 430 Road | Claremore | OK | 74017 |
| Hawken Grubb | 13986 EAST 500 ROAD | CLAREMORE | OK | 74019 |
| GMIREK, JOHN | 14094 East 450 Road | Claremore | OK | 74017 |
| David Beaven | 14842 E Fieldstone Drive North | Claremore | OK | 74017 |
| Bryan Timmons | 15315 South 4187 Road | Claremore | OK | 74017 |
| Gary Timmons | 15325 South 4187 Road | Claremore | OK | 74017 |
| Jason & Erin Birdsong | 15334 SOUTH 4230 ROAD | CLAREMORE | OK | 74017 |
| Clarence Driver | 15459 East 486 Road | Claremore | OK | 74019 |
| Daniel & Sharon Smith | 16234 East Dakota Road | Claremore | OK | 74017 |
| Tim Cutsinger | 16813 E 480 Rd | Claremore | OK | 74019 |
| Lisa Lees | 17320 South 4190 Road | Claremore | OK | 74017 |
| Vannoy, Robert | 1802 North Chambers Avenue | Claremore | OK | 74017 |
| Pat Pilkington | 18350 South 4160 Road | Claremore | OK | 74017 |
| Jason & Amanda Pendergraft | 18503 East 410 Road | Claremore | OK | 74017 |
| Dean Sharp | 19404 South Quail Run Court | Claremore | OK | 74017 |
| HAYNES, BUCKY | 19478 Pecan Ridge Court | Claremore | OK | 74017 |
| Dianna Davis | 20265 South River Ranch Road East | Claremore | OK | 74019 |
| Kenneth & Betty Bell | 215 North Weenonah Avenue | Claremore | OK | 74017 |
| Alden & Cindy Oliver | 21616 South Glenwood Drive | Claremore | OK | 74019 |
| Lester Kelty | 22065 Riverwood Drive | Claremore | OK | 74019 |
| Amber Shearer | 24606 S 4120 Rd | Claremore | OK | 74019 |
| Douthitt, John & Sharon | 3300 Heritage Drive | Claremore | OK | 74019 |
| MARKS, NICK | 3309 Callaway Drive | Claremore | OK | 74019 |
| Poser, Rose | 7364 Poser Road | Claremore | OK | 74019 |
| Joe & Pat Garber | 8889 East 456 Road | Claremore | OK | 74017 |
| Jenny Sartin | 9647 Marblehead Drive | Claremore | OK | 74019 |
| Don Kilpatrick | 916 E 11th St | Claremore | OK | 74107 |
| Doroto Dietze | 12161 Russell drive | Claremore | OK | 74017 |

| | | | | |
|---|---|---|---|---|
| Dennis & Darla Christian | 13009 East 122nd Place North | Collinsville | OK | 74021 |
| William L & Waynetta L Lawrie | 13106 North Sheridan Road | Collinsville | OK | 74021 |
| Thair & Jenny Truesdale | 13124 Wod Circle | Collinsville | OK | 74021 |
| Verna B Wilson | 13411 North 131st East Avenue | Collinsville | OK | 74021 |
| Davis & Coppin, John & Wendy | 15126 Winding Creek Drive | Collinsville | OK | 74021 |
| Susan O'Neal | 1620 West Broadway Street | Collinsville | OK | 74021 |
| SENDY & DARRYL LARSEN | 17116 East 119th Street North | Collinsville | OK | 74021 |
| Mike Parker | 7403 E 166TH St N | Collinsville | OK | 74021 |
| Terry Leclair | 414668 E. 1069 Rd | Council Hill | OK | 74428 |
| Angela & Stephen Saxbury | 11682 South 267th East Avenue | Coweta | OK | 74429 |
| Bryan Lingafelter | 11700 S 267th East Ave | Coweta | OK | 74429 |
| Duane Guynes | 13620 S. 273rd E. Ave. | Coweta | OK | 74429 |
| Stevens Aerie Acres Ranch | 14083 Oklahoma 51 | Coweta | OK | 74429 |
| John Beavers | 15249 South 353rd East Avenue | Coweta | OK | 74429 |
| William Coyle | 26885 East 136th Street South | Coweta | OK | 74429 |
| Donna L Grozier | P O BOX 667 | COWETA | OK | 74429 |
| Danny Hamilton | PO BOX 731 | Coweta | OK | 74429 |
| Kevin & Cynthia (Cindy) Hershberger | 34353 East 129th Street South | Coweta | OK | 74429 |
| Jerry Cowles | 31902 E 161ST S | Coweta | OK | 74429 |
| David S Carlile& Vickie Masterson | 9571 S 337 E Ave | Coweta | OK | 74429 |
| Owen Pugh | 8332 South 70th Avenue East | Tulsa | OK | 74133 |
| Tim Chapman | 1242 N Creek St | Dewey | OK | 74029 |
| JAMES, JIMMIE | 616 WEST MAPLE STREET | DRUMRIGHT | OK | 74030 |
| Damon R and Heather E Johnson | 3501 North Coltrane Road | Edmond | OK | 73034 |
| Gary Asher | 1505 Coon Creek Rd | Eufaula | OK | 74432 |
| Steven A Smith | 114605 Meadow Lane Rd | Eufaula | OK | 74432 |
| Mike & Dreseea Dunkle | 419355 E 1138 RD | Eufaula | OK | 74432 |
| Carl Jordan 2 | 7604 West Rocky Top Road | Fort Gibson | OK | 74434 |
| Marvin & Theresa Foster | 1103 West Seminole Place | Tulsa | OK | 74127 |
| Michael Childers | 1307 E 133rd place | Glenpool | OK | 74033 |
| Chuck Berryhill | 13788 South Hickory Place | Glenpool | OK | 74033 |

| | | | | |
|---|---|---|---|---|
| Kevin Shed | 16745 South 11th West Avenue | Glenpool | OK | 74033 |
| Caleb Fairchild | 215 E 168th St | Glenpool | OK | 74033 |
| Joan Prosser | 622 East 134th Place | Glenpool | OK | 74033 |
| Terry Ruffell & Charles Mullikin | 1620 Triple D Dr | Grove | OK | 74344 |
| Warren Johnson | 25500 South 627 Road | Grove | OK | 74344 |
| KEITH & KARI SMITH | 2700 Harber Oaks Loop | Grove | OK | 74344 |
| Chet Wilkes | 2933 Old Dyke Rd | Grove | OK | 74344 |
| Norman Neely | 57 Strawberry Lane | Heavener | OK | 74937 |
| Larry Stogner | 1105 Oakwood Circle | Henryetta | OK | 74437 |
| Marc & beverly Lucas | 3530  -48 | Holdenville | OK | 74848 |
| Jim Carnley remodel | 10039 County Road 1701 | Hominy | OK | 74035 |
| Dale Powell | 14474 East 590 Road | Inola | OK | 74036 |
| LISA & SCOTT COTERO | 210 C Street Southeast | Inola | OK | 74036 |
| Ross Melone | 34702 S. 4198 Rd | Inola | OK | 74036 |
| David & Sheri Murphy | 11704 South Vine Street | Jenks | OK | 74037 |
| Joe Wilson | 12402 S 16th St | Jenks | OK | 74037 |
| Joseph Hooten | 409 West 120th Pl S | Jenks | OK | 74037 |
| Wesley Carter | 410 East 119th Street | Jenks | OK | 74037 |
| Lynne Clark | P O BOX 986 | JENKS | OK | 74037 |
| HARRIS, BETTY | 17758 Twilight Road | Keota | OK | 74941 |
| Michael Irvine | 18821 U.S. 69 | Kiowa | OK | 74553 |
| Shery Jackson | 7150 South 442 Road | Locust Grove | OK | 74352 |
| KRASKE, TERESA | 102 Pelican Drive | Mannford | OK | 74044 |
| Brad Johnson1 | 111 Pelican Point Place | Mannford | OK | 74044 |
| Jarred Mclaughlin | 204 Basin Road | Mannford | OK | 74044 |
| Rene Andrews | PO BOX 787 | MANNFORD | OK | 74044 |
| Tressia & Ken (Earl) Hayes | 6524 s 385th W Ave | Mannford | OK | 74044 |
| Pamela Flippo | 1725 South Detroit Avenue | Tulsa | OK | 74120 |
| Larry & Lisa Turney | 115 South Sanders Road | McAlester | OK | 74501 |
| William "David" Pullum | 1221 Country Club Road | McAlester | OK | 74501 |
| Iva Due | 438 Coal Creek Addition Rd | McAlester | OK | 74501 |

| | | | | |
|---|---|---|---|---|
| SANDRA & Donald WALLER | 715 South 2nd Street | McAlester | OK | 74501 |
| Charles Kitchens | 1624 BLOCKER RD | McAlester | OK | 74501 |
| MYERS, LONNIE (David Myers) | 15025 BRYOR ROAD | MORRIS | OK | 74445 |
| SHERRY WARREN | 16981 N 280TH RD | MORRIS | OK | 74445 |
| Bonnie Webb | 22201 COUNTY ROAD 250 | MORRISON | OK | 73061 |
| Donald Byers | 18830 S 43rd W Ave | Mounds | OK | 74047 |
| Danny & Colleen Jarvis | 29 West 172nd Street South | Mounds | OK | 74047 |
| Dennis Elliott | 3011 E 211TH ST S | Mounds | OK | 74047 |
| Mike L & Tricia Brown | 17295 S Elwood Ave | Mounds | OK | 74047 |
| Virginia Zeiler | 1001 Kershaw Drive | Muskogee | OK | 74401 |
| Audrey Ousley-Granger | 1628 Pickens St. | Muskogee | OK | 74401 |
| Michael Zaleski | 224 Grandview Blvd | Muskogee | OK | 74403 |
| Debbie Borovetz | 2333 Manila Street | Muskogee | OK | 74403 |
| Tipton, John | 2712 Georgia Avenue | Muskogee | OK | 74403 |
| Joe & Tanya J McMann | 3211 Phoenix Drive | Muskogee | OK | 74403 |
| Jeremy Ross | 9500 Old Taft Road | Muskogee | OK | 74401 |
| Kimber & Betty Rarick | 2250 S 66th Pl W | Muskogee | OK | 74401 |
| Vernon Whitehead | 500 NORTH J STREET | NEWKIRK | OK | 74647 |
| JANE WARN | 2120 West Columbia Street | Okemah | OK | 74859 |
| Thomas and Martha Hutton | 370196 East 1182 Road | Okemah | OK | 74859 |
| Jeanie Neal | 13655 Celia Berryhill Road | Okmulgee | OK | 74447 |
| Patty Hennigan | 1912 East 20 Street | Okmulgee | OK | 74447 |
| DIANA BARTLETT | 11895 SOUTH 4090 RD | OOLOGAH | OK | 74033 |
| Scott and Amy Fowler | 1756 Caddo Street | Oologah | OK | 74053 |
| George Drummond | 2619 Creek View Road | Oologah | OK | 74053 |
| Steve James | 2798 Cross Creek Drive | Oologah | OK | 74053 |
| RONNIE D & DONNA P MCCUTCHEN | P O BOX 156 | OOLOGAH | OK | 74053 |
| Wanda Black | 15509 East 80th Street North | Owasso | OK | 74055 |
| Karen & Walter McMillan | 15605 East 112th Street North | Owasso | OK | 74055 |
| Robert Coke | 17736 East 95th Street North | Owasso | OK | 74055 |
| Kenneth Grant | 18982 East Knightsbridge Road | Owasso | OK | 74055 |

| | | | | |
|---|---|---|---|---|
| Ken Glenn | 305 West 17th Street | Owasso | OK | 74055 |
| Jose & Renae Ortiz | 6151 North Creekwood Drive | Owasso | OK | 74055 |
| Gerry & Robin Carnley | 6768 North Wilderness Trail | Owasso | OK | 74055 |
| Verle K & Susan R McCoy | 7030 North 198th East Avenue | Owasso | OK | 74055 |
| Bill Eleves | 7509 N 134th E Pl. | Owasso | OK | 74055 |
| William & Rhonda Wright | 7518 North 150th East Avenue | Owasso | OK | 74055 |
| Chad Williams | 7803 North 147th East Avenue | Owasso | OK | 74055 |
| Lewis Hawes | 8127 E 107th St N | Owasso | OK | 74055 |
| JACK (HOWARD) DOBBINS | 8306 North 159th East Court | Owasso | OK | 74055 |
| Ed Sanggricco | 8312 North 149th East Avenue | Owasso | OK | 74055 |
| Frank Barclay | 8719 North 120th East Avenue | Owasso | OK | 74055 |
| GREINER, TOM | 8723 North 71st East Avenue | Owasso | OK | 74055 |
| S EARLINE & WALT LOWTHER | 9012 NORTH 65th EAST PLACE | OWASSO | OK | 74055 |
| Terral Eichelberger | 9203 North 103rd East PL. | Owasso | OK | 74055 |
| Kenneth Adams (Owasso) | 9206 North 100th East Court | Owasso | OK | 74055 |
| Bob & Karen Henry | 16162 E 111TH ST | Owasso | OK | 74055 |
| Lance & Lindsey Lohrenz | 6458 N. TWIN CREEKS DR | Owasso | OK | 74055 |
| Wayne Campbell | 9010 N 100TH E AVE | Owasso | OK | 74055 |
| Nick Kila | 19860 e rocky ct | Owasso | OK | 74055 |
| Tom Boyer | 362197 East 1110 rd | Paden | OK | 74860 |
| Wes Hayes | 18274 West 852 Road | Park Hill | OK | 74451 |
| Marilyn Chenoweth | 6657 South 76th East Avenue | Tulsa | OK | 74133 |
| Dan & Pam Ripley | 341200 East 4700 Road | Pawnee | OK | 74058 |
| Dan Sebert | 38376 34300 Road | Pawnee | OK | 74058 |
| Gary and Michelle Lawson | 8300 Gunsmoke | Perry | OK | 73077 |
| Tracy Anderson | PO BOX 629 | PERRY | OK | 73077 |
| John Seales | 2717 Mckinley Place | Ponca City | OK | 74601 |
| Joline Huyser | 291 Whippoorwill Rd | Ponca City | OK | 74604 |
| Patricia Howard | 733 Edgewood Drive | Ponca City | OK | 74604 |
| Cameron & Amy Hurd | 1317 Cookson Dr. | Ponca City | OK | 74604 |
| Jacob Gonser | 1600 Shirlee | Ponca City | OK | 74604 |

| | | | | |
|---|---|---|---|---|
| Lee Streeter | 3469 S Ranch Dr. | Ponca city Oklahoma | OK | 74601 |
| Angela Castor | 23746 South 381st East Avenue | Porter | OK | 74454 |
| Scott Wagnor | 14788 Sugarloaf Lane | Poteau | OK | 74953 |
| Peek, Arnold | 1200 South East 19th Street | Pryor | OK | 74361 |
| Roberta Buxman | 125 Magnolia Street | Pryor | OK | 74361 |
| Rachel Miller (PRYOR) | 9279 W 470 RD | Pryor ok 74361 | OK | 74361 |
| Linda Eaton | 445 East 493 Road | Salina | OK | 74365 |
| Ken & Patricia Horn | 100 Oak Ridge Drive | Sand Springs | OK | 74063 |
| Milton & Angela Madry | 135 South 176th West Place | Sand Springs | OK | 74063 |
| HELTON, BILL & CINDY | 215 EAST SADLEROCK ROAD | SAND SPRINGS | OK | 74063 |
| Allan Ramseur | 220 Lakeview Drive | Sand Springs | OK | 74063 |
| Glee Burnett | 302 Skylane Ct | Sand Springs | OK | 74107 |
| Stephen Murdock | 3103 Magnolia Court | Sand Springs | OK | 74063 |
| Brandee & David Pait | 311 South 176th West Avenue | Sand Springs | OK | 74063 |
| BARNES, JOE | 3608 Redbud Drive | Sand Springs | OK | 74063 |
| Howard Pidcock | 3621 South 129th West Avenue | Sand Springs | OK | 74063 |
| Jay Long | 413 South 208th West Avenue | Sand Springs | OK | 74063 |
| John Richardson * | 5002 Redbud Dr. | Sand Springs | OK | 74063 |
| Graham, Laquetta | 5320 Skylane Place | Sand Springs | OK | 74063 |
| Brad & Linda Bookout | 5810 South 130th West Avenue | Sand Springs | OK | 74063 |
| Dale Biby | 61 Rembrandt Lane | Sand Springs | OK | 74063 |
| Dale Teeters | 243 N RIDGE AVE | Sand Springs | OK | 74063 |
| Sam & Virginia Anthony | 4802 Rustic Rd | Sand Springs | OK | 74063 |
| Jules Goodman & Mindy Littlefield | 107 WESTLAND DRIVE | SAPULPA | OK | 74066 |
| David Murphy | 11208 South 193rd West Avenue | Sapulpa | OK | 74066 |
| Ron and Judy Sole | 1208 South Apple Street | Sapulpa | OK | 74066 |
| HAROLD & TERESA KING | 13248 South 49th West Avenue | Sapulpa | OK | 74066 |
| Sue Carlock | 15628 S Oak St | Sapulpa | OK | 74066 |
| George Willard | 3100 Laurel Oaks Road | Sapulpa | OK | 74066 |
| Potts, William & Kathy | 433 North Moccasin Place | Sapulpa | OK | 74066 |
| Oscar Gallardo | 5701 West Hilton Road | Sapulpa | OK | 74066 |

| Greg Jacques | 7010 South 151st West Avenue | Sapulpa | OK | 74066 |
|---|---|---|---|---|
| Connie Harney | 7025 South 151st West Avenue | Sapulpa | OK | 74066 |
| Steve R Mock | 8654 South 113th West Avenue | Sapulpa | OK | 74066 |
| JD Norton | PO BOX 608 | Sapulpa | OK | 74067 |
| Gary & Becky Tucker | 11055 W 91st Street | Sapulpa | OK | 74066 |
| Roy & Beverly Matthews | 831 LAKEVIEW CT | Sapulpa | OK | 74066 |
| Shan Kitterman | 3704 East 99th Place | Tulsa | OK | 74137 |
| Katie Fichtner (Prev Owner Jamie Hanc | 15490 North 21st East Avenue | Skiatook | OK | 74070 |
| BEN JOHANSEN | 4316 W. 6th St | Skiatook | OK | 74040 |
| Scott (Richard) Rumley | 5115 East 109th Street | Tulsa | OK | 74137 |
| Jeff Sherrill 1 | 6030 Grey Fox Lane | Sperry | OK | 74073 |
| Scott Vance | 6286 Grey Fox Lane | Sperry | OK | 74073 |
| Melvin Magers | 105 Tomme Ln | Tahlequah | OK | 74464 |
| Ernie Briggs | 17628 S Rocky Top Ln | Tahlequah | OK | 74464 |
| Illinois River Fire Department - Steely F | 20385 East Steely Hollow Road | Tahlequah | OK | 74464 |
| Maverdeen Hanna | 25894 East 613 Road | Tahlequah | OK | 74464 |
| Luke Dobbins | 700 Kaufman Avenue | Tahlequah | OK | 74464 |
| Bob Layton | 8380 Big Sky Lane | Talala | OK | 74080 |
| Underwood, Sandra | 54654 Lawson Lane | Talihina | OK | 74571 |
| Jenny Alexpulos | 3328 South Birmingham Avenue | Tulsa | OK | 74105 |
| Travis Parker | 128 Wheatheart Drive | Tonkawa | OK | 74653 |
| David & Sheila Britton | 601 East Grand Avenue | Tonkawa | OK | 74653 |
| Troy & Rhonda Jones | 609 North Main Street | Tonkawa | OK | 74653 |
| Pereff, Linda | 10275 South 96th East Place | Tulsa | OK | 74133 |
| Pam Tiernan | 10416 South Hudson Avenue | Tulsa | OK | 74137 |
| Henderson, Lindsay | 10721 South Canton Avenue | Tulsa | OK | 74137 |
| CHRISTOPHER CONN | 11802 SOUTH SANDUSKY AVE | TULSA | OK | 74137 |
| Tony Hall | 11809 East 34th Street | Tulsa | OK | 74146 |
| SCHMITT, TRAVIS | 11915 South Toledo Avenue | Tulsa | OK | 74137 |
| MORGAN, LINDA | 1206 South 99th East Avenue | Tulsa | OK | 74128 |
| Katie Saunders | 131 E 26th Pl | Tulsa | OK | 74070 |

| | | | | |
|---|---|---|---|---|
| David Alaback | 1538 East 35th Street | Tulsa | OK | 74105 |
| Misty Bessenbaugh | 17 S 205th E Ave | Tulsa | OK | 74108 |
| Timothy Antwine (Brad) | 1747 South Gary Avenue | Tulsa | OK | 74104 |
| Richard Clifton | 18409 East 49th Street | Tulsa | OK | 74134 |
| Scoggin, Steve | 2106 South Darlington Place | Tulsa | OK | 74114 |
| Thomas, Scott | 220 South Florence Avenue | Tulsa | OK | 74104 |
| Julie M Nickel | 2216 East 30th Street | Tulsa | OK | 74114 |
| Ari Kaplan | 2233 E 30th St | Tulsa | OK | 74114 |
| Barbara Bilderback | 2325 South Columbia Place | Tulsa | OK | 74114 |
| Gwen Hayes | 2454 E 34th St | Tulsa | OK | 74105 |
| Thomas Warburton | 2524 E 66 Pl | Tulsa | OK | 74136 |
| Rod Miller | 2527 East 25th Street | Tulsa | OK | 74114 |
| Michael Smith & Cynthia Garrett | 2622 West 72nd Street | Tulsa | OK | 74132 |
| L Jake & Carol Schweikhard | 2648 EAST 20TH STREET | TULSA | OK | 74104 |
| Stacey Stephens | 2660 South Birmingham Place | Tulsa | OK | 74114 |
| Bryce Murray | 2680 E. 36th St. | Tulsa | OK | 74105 |
| Michael Durie | 2726 West 68th Place South | Tulsa | OK | 74132 |
| Jill Drummond | 2753 S Utica ave | Tulsa | OK | 74114 |
| Garry Keele (Tulsa) | 2816 East 28th Street | Tulsa | OK | 74114 |
| Woodward, Laura | 2816 East 37th Street | Tulsa | OK | 74105 |
| Hunt, Samantha | 2976 East 75th Street | Tulsa | OK | 74136 |
| Kenny Baumann | 3013 S Boston Pl | Tulsa | OK | 74114 |
| Dennis & Cheryl L Jones | 3139 SOUTH ATLANTA AVENUE | TULSA | OK | 74105 |
| Claudia Sullivan | 3219 South Yorktown Avenue | Tulsa | OK | 74105 |
| Eric Martin | 3360 South 61st West Avenue | Tulsa | OK | 74107 |
| Kent Schobe | 3535 East 107th Place | Tulsa | OK | 74137 |
| Judith Murray | 3734 East 81st Place | Tulsa | OK | 74137 |
| MCGREGOR, ALICE | 3743 East 48th Place | Tulsa | OK | 74135 |
| Hubbard, Theresa | 3804 East 23rd Street | Tulsa | OK | 74114 |
| Susie McCormick | 3839 South 117th East Avenue | Tulsa | OK | 74146 |
| Valerie & Mary Buggan | 3839 South Trenton Avenue | Tulsa | OK | 74105 |

| | | | | |
|---|---|---|---|---|
| Harper Winton | 3920 East 58th Place | Tulsa | OK | 74135 |
| Margaret & Dave Been | 3971 South Delaware Avenue | Tulsa | OK | 74105 |
| TPD (Gina Kepler) | 4011 South 135th East Avenue | Tulsa | OK | 74134 |
| Eric Ortega | 4348 East 86th Street | Tulsa | OK | 74137 |
| Rose Viskari | 4421 South Gary Avenue | Tulsa | OK | 74105 |
| AMANDA J & SCOTT P RAMSAY | 4518 South 73rd West Avenue | Tulsa | OK | 74107 |
| John Dickmann | 4562 E 39th St | Tulsa | OK | 74135 |
| MAYFIELD, JUDY | 4712 East Young Street | Tulsa | OK | 74115 |
| SHEILA CENTENO | 4808 s elwood ave #105 | TULSA | OK | 74107 |
| Louise Pittman | 4826 South 68th East Avenue | Tulsa | OK | 74145 |
| LARCHEY, NICK | 5145 East 30th Street | Tulsa | OK | 74114 |
| OGDEN, CANDY | 5318 East 4th Terrace | Tulsa | OK | 74112 |
| MCMAHAN, MICKEY | 5615 S 68TH E AVE | TULSA | OK | 74145 |
| Riley Gilmore | 5988 North 41st West Avenue | Tulsa | OK | 74126 |
| Rob & Heather Bebout | 6116 South Gary Avenue | Tulsa | OK | 74136 |
| Doug & Suzanne Wright | 6125 E 106th St. | Tulsa | OK | 74137 |
| Kitt and Katie Dupire | 6207 East 89th Street | Tulsa | OK | 74137 |
| Shaun Wilson | 6503 East 83rd Place | Tulsa | OK | 74133 |
| Abby Graves | 6702 Riva Ridge Road | Tulsa | OK | 74132 |
| Jim Davidson | 6735 Timberlane Rd | Tulsa | OK | 74136 |
| Judy Anderegg | 70 South 204th East Avenue | Tulsa | OK | 74108 |
| Cindy Wilkinson | 7026 E 79th St | Tulsa | OK | 74133 |
| Byron & Annette Oliver | 7040 East 60th Street | Tulsa | OK | 74145 |
| James & Apryl Pritchett | 7069 FOX BRIAR DRIVE | TULSA | OK | 74132 |
| Mark Kraemer | 708 W 78th Pl | Tulsa | OK | 74132 |
| Brenda Dill | 7509 South Gary Place | Tulsa | OK | 74136 |
| Holland, Sharon | 7519 South Braden Avenue | Tulsa | OK | 74136 |
| Brad & Glenda Payas | 7745 South Harvard Place | Tulsa | OK | 74136 |
| Ron McGee | 8105 S Toledo Ave | Tulsa | OK | 74137 |
| Steve Cordray Jr | 8512 E 32nd St | Tulsa | OK | 74145 |
| Suzannah Snider | 8527 SOUTH JAMESTOWN AVENUE | TULSA | OK | 74137 |

| | | | | |
|---|---|---|---|---|
| L DUANE WILSON | 8610 SOUTH GARY AVENUE | TULSA | OK | 74137 |
| Ron Looney | 906 West 85th Street South | Tulsa | OK | 74132 |
| Ed Downey | 906 West 86th Street South | Tulsa | OK | 74132 |
| William and Ginger McDaniel | 9320 South 89th East Avenue | Tulsa | OK | 74133 |
| Jim Stephens | P O Box 701316 | Tulsa | OK | 74170-1316 |
| MICHAEL A & CAROLYN BANNISTER | P O BOX 9697 | TULSA | OK | 74157 |
| Lisa Henderson | PO BOX 33441 | TULSA | OK | 74153 |
| JONATHAN BORNERT | PO BOX 701707 | TULSA | OK | 74170 |
| Bill Gordon | 8704 S Quebec | Tulsa | OK | 74137 |
| Bob Martin | 4455 S Gary Ave | Tulsa | OK | 74105 |
| Jack McCabe | 1812 E 31ST PLACE | Tulsa | OK | 74105 |
| Charles Schmid | 4130 E 38TH ST | Tulsa | OK | 74135 |
| Richard Stromme | 6105 E 74TH ST | Tulsa | OK | 74136 |
| Vincent Hoffman | 8622 S Fulton Ave | Tulsa | OK | 74137 |
| Dora & David Picard | 11819 E. 16th St | Tulsa | OK | 74128 |
| Alyce Dodson | 11010 North 59th Street East | Wagoner | OK | 74467 |
| Donald Lawrence III | 1102 SW 23rd | Wagoner | OK | 74467 |
| Ronald Harris | 1308 Southeast 9th Street | Wagoner | OK | 74467 |
| Jessica Burk | 3819 East 90th Street North | Wagoner | OK | 74467 |
| Otto Burk | 3891 East 90th Street North | Wagoner | OK | 74467 |
| Greg & JoLynn Lewis | 70480 South 220 Road | Wagoner | OK | 74467 |
| Charlie Bighorse | 71119 S 338 Court | Wagoner | OK | 74467 |
| Susan Wassom | 76090 South 300th Road | Wagoner | OK | 74467 |
| Mary Dean and Mary O'Rourk | 1707 South Fulton Avenue | Tulsa | OK | 74112 |
| Scott Tynon | 444679 e 70 | Welch | OK | 74369 |
| Bailey, Carey | 300 North B Street | Yale | OK | 74085 |

Fill in this information to identify the case:

Debtor name **Partida Holdings of Tulsa, LLC**

United States Bankruptcy Court for the: **Western** District of **Oklahoma**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ Codebtor | | _Column 2:_ Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Austin Partida** | **5109 Water Oak Way** <br> Street <br><br> **Edmond, OK 73034** <br> City   State   ZIP Code | **Apollo Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **DLP Funding, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **VEX Capital** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Cambridge Advance** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Lionhart Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Slate Advance** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **SQ Advance** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Partida Holdings of Tulsa, LLC**                                    Case number (if known) _____
          Name

| ▮ | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.2 | **Faith Electric, Inc.** | **3800 NE 104th Street Suite 600**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Global Merchant Cash, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **VEX Capital** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Slate Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | **Partida Holdings of Enid, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Global Merchant Cash, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Partida Holdings of Tulsa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | **Partida Holdings of Fayeteville, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City  State  ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.5 | **Partida Holdings of Lawton, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City  State  ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |

Debtor    **Partida Holdings of Tulsa, LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.6 **Partida Holdings of Little Rock, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City   State   ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.7 **Partida Holdings, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City   State   ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Partida Holdings of Tulsa, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 **Partida Management, LLC** | **3800 NE 104th Street**<br>Street<br><br>**Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Apollo Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| | | **DLP Funding, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **VEX Capital** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Cambridge Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Lionhart Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Slate Advance** | ☐ D<br>☑ E/F<br>☐ G |
| | | **SQ Advance** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.10 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Partida Holdings of Tulsa, LLC** | | Case number (if known) | |
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.11 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.12 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.13 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.14 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.15 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name **Partida Holdings of Tulsa, LLC**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   | $0.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................

   | $0.00 |

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $4,613,000.00 |

4. **Total liabilities**.................................................................................................

   | $4,613,000.00 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____**Partida Holdings of Tulsa, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Oklahoma**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $1,000,000.00 |
| 2 | Apollo Funding 333 W. Commercial Street Suite 324 East Rochester, NY 14445 | | | Disputed Unliquidated | | | $858,000.00 |
| 3 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $700,000.00 |
| 4 | Global Merchant Cash, Inc. 64 Beaveer Street Suite 415 New York, NY 10004 | | | Disputed Unliquidated | | | $500,000.00 |
| 5 | VEX Capital 96-14 Metropolitan Ave. Forest Hills, NY 11375 | | | Disputed Unliquidated | | | $450,000.00 |
| 6 | Cambridge Advance 7901 4th Street N. #400 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $300,000.00 |
| 7 | Slate Advance 15 America Ave Ste. 303 Lakewood, NJ 08701 | | | Disputed Unliquidated | | | $300,000.00 |
| 8 | DLP Funding, LLC 447 Broadway 2nd floor New York, NY 10013 | | | Disputed Unliquidated | | | $280,000.00 |

Debtor     **Partida Holdings of Tulsa, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is **contingent, unliquidated, or disputed** | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Lionhart Funding<br>40 Wall Street Unit 2701<br>New York, NY 10005 | | | Disputed<br>Unliquidated | | | $225,000.00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Partida Holdings of Tulsa, LLC**                    CASE NO

                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  **04/10/2025**        Signature _____**/s/ Austin Partida**_____
                                                    Austin Partida, CEO

8200 Trade Center, LLC
c/o Delta Property Management, LLC
6975 S. Columbia Ave.
Tulsa, OK 74136


Abby Graves
6702 Riva Ridge Road
Tulsa, OK 74132


Alden & Cindy Oliver
21616 South Glenwood Drive
Claremore, OK 74019


Allan Ramseur
220 Lakeview Drive
Sand Springs, OK 74063


Alyce Dodson
11010 North 59th Street East
Wagoner, OK 74467


AMANDA J & SCOTT P
RAMSAY
4518 South 73rd West Avenue
Tulsa, OK 74107


Amber Shearer
24606 S 4120 Rd
Claremore, OK 74019


Amy Trumble
1243 May Lane
Bartlesville, OK 74006

Angela & Stephen Saxbury
11682 South 267th East Avenue
Coweta, OK 74429


Angela Castor
23746 South 381st East Avenue
Porter, OK 74454


Apollo Funding
333 W. Commercial Street Suite 324
East Rochester, NY 14445


Ari Kaplan
2233 E 30th St
Tulsa, OK 74114


Armstrong, Rebecca
26841 East 31st Street
Catoosa, OK 74015


Audrey Ousley-Granger
1628 Pickens St.
Muskogee, OK 74401


Austin Partida
5109 Water Oak Way
Edmond, OK 73034


Ava Heimdale
2010 W 4th Pl S
claremore, OK 74017

Bailey, Carey
300 North B Street
Yale, OK 74085


Bank of Western Oklahoma
PO Box 529
Weatherford, OK 73096


Barbara Bilderback
2325 South Columbia Place
Tulsa, OK 74114


BARNES, JOE
3608 Redbud Drive
Sand Springs, OK 74063


Barry & Karen Smith
1813 East 45th Place South
claremore, OK 74017


Barry Boydstun
4508 West Louisville Street
Broken Arrow, OK 74012


BEN JOHANSEN
4316 W. 6th St
Skiatook, OK 74040


Berkovitch & Bouskila, PLLC
1545 US 202 Ste 101
Pomona, NY 10970

**Bill Brown (CLAREMORE)**
11605 E. Elm
Claremore, OK 74019


**Bill Eleves**
7509 N 134th E Pl.
Owasso, OK 74055


**Bill Fender**
2516 N 13th St
Broken Arrow, OK 74012


**Bill Gordon**
8704 S Quebec
Tulsa, OK 74137


**Bill Marshall**
1425 SE Hamden Rd
Bartlesville, OK 74006


**Bob & Karen Henry**
16162 E 111TH ST
Owasso, OK 74055


**Bob James**
2411 Circle Drive
Bartlesville, OK 74006


**Bob Layton**
8380 Big Sky Lane
Talala, OK 74080

Bob Martin
4455 S Gary Ave
Tulsa, OK 74105


Bobby (JAMES) R Roberts SR
4 Mayfair Dr
Bristow, OK 74010


Bonnie Webb
22201 COUNTY ROAD 250
MORRISON, OK 73061


Brad & Glenda Payas
7745 South Harvard Place
Tulsa, OK 74136


Brad & Linda Bookout
5810 South 130th West Avenue
Sand Springs, OK 74063


Brad and Angela Smith
1501 North Post Road
Arcadia, OK 73007


Brad Johnson1
111 Pelican Point Place
Mannford, OK 74044


Bradley (Brad) R Hill
111800 New Texanna Road
Checotah, OK 74426

Brandee & David Pait
311 South 176th West Avenue
Sand Springs, OK 74063


Brenda Dill
7509 South Gary Place
Tulsa, OK 74136


Brian Jones
4795 East 545
Tulsa, OK 74136


Bryan Lingafelter
11700 S 267th East Ave
Coweta, OK 74429


Bryan Timmons
15315 South 4187 Road
Claremore, OK 74017


Bryce Murray
2680 E. 36th St.
Tulsa, OK 74105


Byron & Annette Oliver
7040 East 60th Street
Tulsa, OK 74145


Caleb Fairchild
215 E 168th St
Glenpool, OK 74033

Cambridge Advance
7901 4th Street N. #400
Saint Petersburg, FL 33702

Cameron & Amy Hurd
1317 Cookson Dr.
Ponca City, OK 74604

Carl Jordan 2
7604 West Rocky Top Road
Fort Gibson, OK 74434

Carlos Lopez
15608 S Elwood
Glenpool, OK 74033

Cathy Franks
378140 EAST 1000 ROAD
EMAH, OK 74859

Celero
c/o Craig Tractenberg
Fox Rothschild, LLP
2001 Market Street Ste. 1700
Philadelphia, PA 19103

Celero
Hapreth on the Green IV
100 Westwood Place 200
Brentwood, TN 37027

Chad Williams
7803 North 147th East Avenue
Owasso, OK 74055

Charles Kitchens
1624 BLOCKER RD
McAlester, OK 74501

Charles Schmid
4130 E 38TH ST
Tulsa, OK 74135

Charlie Bighorse
71119 S 338 Court
Wagoner, OK 74467

CHER EE COUNTY RWD8
23190 Oklahoma 51
Tulsa, OK 74467

Chet Wilkes
2933 Old Dyke Rd
Grove, OK 74344

Chris Scarpa
18700 E hwy 28A
Tulsa, OK 74434

CHRISTOPHER CONN
11802 SOUTH SANDUSKY AVE
TULSA, OK 74137

Chuck Berryhill
13788 South Hickory Place
Glenpool, OK 74033

Cindy Wilkinson
7026 E 79th St
Tulsa, OK 74133


Clarence Driver
15459 East 486 Road
Claremore, OK 74019


Claudia Sullivan
3219 South Yorktown Avenue
Tulsa, OK 74105


Clay, Cheryl
4012 South Poplar Avenue
Broken Arrow, OK 74011


Cliff Antee
1706 Caddo St
Oolagah, OK 74053


Connie Harney
7025 South 151st West Avenue
Sapulpa, OK 74066


Costco Wholesale Corporation
PO Box 34331 98124


Dale Biby
61 Rembrandt Lane
Sand Springs, OK 74063

Dale Powell
14474 East 590 Road
Inola, OK 74036


Dale Teeters
243 N RIDGE AVE
Sand Springs, OK 74063


Damon R and Heather E
Johnson
3501 North Coltrane Road
Edmond, OK 73034


Dan & Pam Ripley
341200 East 4700 Road
Pawnee, OK 74058


Dan Newman
1718 East 151st Street South
Bixby, OK 74008


Dan Sebert
38376 34300 Road
Pawnee, OK 74058


Dana & Theresa Hutson
3606 West Quantico Place
Broken Arrow, OK 74011


Dana Turner
503 Minnie Avenue
Boley, OK 74829

Daniel & Sharon Smith
16234 East Dakota Road
Claremore, OK 74017

Danny & Colleen Jarvis
29 West 172nd Street South
Mounds, OK 74047

Danny Duncan
11505 E 201st St S
Bixby, OK 74008

Danny Hamilton
PO BOX 731
Coweta, OK 74429

Dave Bean
3035 South 49th West Avenue
Tulsa, OK 74107

DAVID & REBA HILL
14770 South Lakewood Place
Bixby, OK 74008

David & Sheila Britton
601 East Grand Avenue
Tonkawa, OK 74653

David & Sheri Murphy
11704 South Vine Street
Jenks, OK 74037

David Alaback
1538 East 35th Street
Tulsa, OK 74105


David Beaven
14842 E Fieldstone Drive North
Claremore, OK 74017


David Fogel, PC, Attorneys at
Law
1225 Franklin Ave. Ste. 201
Garden City, NY 11530


David Murphy
11208 South 193rd West Avenue
Sapulpa, OK 74066


David S Carlile& Vickie
Masterson
9571 S 337 E Ave
Coweta, OK 74429


David Warkentine
21314 East 113th Street South
Tulsa, OK 74429


Davis & Coppin, John &
Wendy
15126 Winding Creek Drive
Collinsville, OK 74021


Dean Sharp
19404 South Quail Run Court
Claremore, OK 74017

Debbie Borovetz
2333 Manila Street
Muskogee, OK 74403


Deborah Burd-Varner
6035 East 128th Street South
Bixby, OK 74008


Debra & Chuck Kelley
4205 s Nogal ave
Broken arrow, OK 74011


Denise Quillin
9910 East 119th Place South
Bixby, OK 74008


Dennis & Cheryl L Jones
3139 SOUTH ATLANTA AVENUE
TULSA, OK 74105


Dennis & Darla Christian
13009 East 122nd Place North
Collinsville, OK 74021


Dennis Elliott
3011 E 211TH ST S
Mounds, OK 74047


Dennis Hanby
2501 S Hickory Ct
Broken Arrow, OK 74012

Derek Short
13500 East 430 Road
Claremore, OK 74017

Dewayne & Jana Hallman
17427 East 84th Street N
Owasso, OK 74055

DIANA BARTLETT
11895 SOUTH 4090 RD
OOLOGAH, OK 74033

Dianna Davis
20265 South River Ranch Road East
Claremore, OK 74019

DLP Funding, LLC
447 Broadway 2nd floor
New York, NY 10013

Don Kilpatrick
916 E 11th St
Claremore, OK 74107

Don Thorne
434525 East 340 Road
Big Cabin, OK 74332

Donald Byers
18830 S 43rd W Ave
Mounds, OK 74047

Donald Cowan
19642 East 39th Street South
Broken Arrow, OK 74014


Donald Lawrence III (Prev
Owners Leona & Jack Limon)
1102 SW 23rd
Wagoner, OK 74467


Donna Jean Crussell
304 Ashton Drive
Broken Arrow, OK 74014


Donna L Grozier
P O BOX 667
COWETA, OK 74429


Donny Hall
9326 South 305th East Avenue
Broken Arrow, OK 74014


Dora & David Picard
11819 E. 16th St
Tulsa, OK 74128


Doroto Dietze
12161 Russell drive
Claremore, OK 74017


Doug & Suzanne Wright
6125 E 106th St.
Tulsa, OK 74137

Douthitt, John & Sharon
3300 Heritage Drive
Claremore, OK 74019

Duane Guynes
13620 S. 273rd E. Ave.
Coweta, OK 74429

Dustin Pham
2812 North Juniper Avenue
Broken Arrow, OK 74012

Ed Downey
906 West 86th Street South
Tulsa, OK 74132

Ed Sanggricco
8312 North 149th East Avenue
Owasso, OK 74055

Eric Martin
3360 South 61st West Avenue
Tulsa, OK 74107

Eric Myles
21112 East 111th Place South
Broken Arrow, OK 74014

Eric Ortega
4348 East 86th Street
Tulsa, OK 74137

Ernie Briggs
17628 S Rocky Top Ln
Tahlequah, OK 74464

F&M Bank
1401 Health Center Parkway
Yukon, OK 73099

Faith Electric, Inc.
3800 NE 104th Street Suite 600
Oklahoma City, OK 73131

Frank Barclay
8719 North 120th East Avenue
Owasso, OK 74055

FRANKIE KUPKA
18717 West Sugar Mountain Circle
Tulsa, OK 74055

Garry Keele (Tulsa)
2816 East 28th Street
Tulsa, OK 74114

Gary & Becky Tucker
11055 W 91st Street
Sapulpa, OK 74066

Gary and Michelle Lawson
8300 Gunsmoke
Perry, OK 73077

Gary Asher
1505 Coon Creek Rd
Eufaula, OK 74432

Gary Timmons
15325 South 4187 Road
Claremore, OK 74017

George Drummond
2619 Creek View Road
Oologah, OK 74053

George Willard
3100 Laurel Oaks Road
Sapulpa, OK 74066

Gerry & Robin Carnley
6768 North Wilderness Trail
Owasso, OK 74055

Gina Watkins
4385 E. 181st st
Bixby, OK 74008

Glee Burnett
302 Skylane Ct
Sand Springs, OK 74107

Glen & Julie Winn
453527 Ponca Ave.
Afton, OK 74331

Global Merchant Cash, Inc.
64 Beaveer Street Suite 415
New York, NY 10004

GMIREK, JOHN
14094 East 450 Road
Claremore, OK 74017

Graham, Laquetta
5320 Skylane Place
Sand Springs, OK 74063

Greg & JoLynn Lewis
70480 South 220 Road
Wagoner, OK 74467

Greg Jacques
7010 South 151st West Avenue
Sapulpa, OK 74066

Greg Sixkiller
531 Jefferson Avenue
Blackwell, OK 74631

Gregory Morris
4704 East 144th Street South
Bixby, OK 74008

GREINER, TOM
8723 North 71st East Avenue
Owasso, OK 74055

Gwen Hayes
2454 E 34th St
Tulsa, OK 74105

Haines, Paul
213 South Walnut Avenue
Broken Arrow, OK 74012

Hank Harbaugh
2843 E 39th St
Tulsa, OK 74013

HAROLD & TERESA KING
13248 South 49th West Avenue
Sapulpa, OK 74066

Harper Winton
3920 East 58th Place
Tulsa, OK 74135

HARRIS, BETTY
17758 Twilight Road
Keota, OK 74941

Hawken Grubbs (Prev owned
by Lucas&Monica Broussard)
13986 EAST 500 ROAD
CLAREMORE, OK 74019

HAYNES, BUCKY
19478 Pecan Ridge Court
Claremore, OK 74017

HELTON, BILL & CINDY
215 EAST SADLEROCK ROAD
SAND SPRINGS, OK 74063

Henderson, Lindsay
10721 South Canton Avenue
Tulsa, OK 74137

Henderson, Lynn
2708 West Houston Place
Broken Arrow, OK 74012

Hoby & Courtney Parks
45637 W HWY 16
Bristow, OK 74010

Holland, Sharon
7519 South Braden Avenue
Tulsa, OK 74136

Howard Pidcock
3621 South 129th West Avenue
Sand Springs, OK 74063

Hubbard, Theresa
3804 East 23rd Street
Tulsa, OK 74114

Hunt, Samantha
2976 East 75th Street
Tulsa, OK 74136

Illinois River Fire Department
- Steely Hollow
20385 East Steely Hollow Road
Tahlequah, OK 74464

Iva Due
438 Coal Creek Addition Rd
McAlester, OK 74501

JACK (HOWARD) DOBBINS
8306 North 159th East Court
Owasso, OK 74055

Jack McCabe
1812 E 31ST PLACE
Tulsa, OK 74105

Jacob Gonser
1600 Shirlee
Ponca City, OK 74604

James & Apryl Pritchett
7069 FOX BRIAR DRIVE
TULSA, OK 74132

James & Karen Otterstrom
912 W Toledo Cir
Broken Arrow, OK 74012

James (Jim) Myers
2500 East Olympia Street
Broken Arrow, OK 74014

JAMES GRAY (CANADIAN, )
92 WEST BUFFALO STREET
CANADIAN, OK 74425


James Steyer
3000 West Winston Street
Broken Arrow, OK 74011


JAMES, JIMMIE
616 WEST MAPLE STREET
DRUMRIGHT, OK 74030


JANE WARN
2120 West Columbia Street
Okemah, OK 74859


Jarred Mclaughlin
204 Basin Road
Mannford, OK 74044


Jason & Amanda Pendergraft
18503 East 410 Road
Claremore, OK 74017


Jason & Erin Birdsong
15334 SOUTH 4230 ROAD
CLAREMORE, OK 74017


Jay Bennett
4114 West Yuma Street
Broken Arrow, OK 74011

Jay Long
413 South 208th West Avenue
Sand Springs, OK 74063


JD Norton
PO BOX 608
Sapulpa, OK 74067


Jeanie Neal
13655 Celia Berryhill Road
Okmulgee, OK 74447


Jeff Holzman
3400 South Willow Avenue
Broken Arrow, OK 74012


Jeff Sherrill 1
6030 Grey Fox Lane
Sperry, OK 74073


Jennifer Roth
6753 E 123RD ST S
Bixby, OK 74008


Jenny Alexpulos
3328 South Birmingham Avenue
Tulsa, OK 74105


Jenny Sartin
9647 Marblehead Drive
Claremore, OK 74019

Jeremy Ross
9500 Old Taft Road
Muskogee, OK 74401


Jerry Cowles
31902 E 161ST S
Coweta, OK 74429


Jessica Burk
3819 East 90th Street North
Wagoner, OK 74467


Jill Drummond
2753 S Utica ave
Tulsa, OK 74114


Jim Carnley remodel
10039 County Road 1701
Hominy, OK 74035


Jim Davidson
6735 Timberlane Rd
Tulsa, OK 74136


Jim Stephens
P O Box 701316
Tulsa, OK 74170-1316


Joan Prosser
622 East 134th Place
Glenpool, OK 74033

Joe & Pat Garber
8889 East 456 Road
Claremore, OK 74017


Joe & Tanya J McMann
3211 Phoenix Drive
Muskogee, OK 74403


Joe Fife
101029 hwy 82
Vian, OK 74962


Joe Howard
7705 South 3rd Place
Broken Arrow, OK 74011


Joe Wilson
12402 S 16th St
Jenks, OK 74037


John & Wendy Wolf
2914 East Quaker Street
Broken Arrow, OK 74014


John Beavers
15249 South 353rd East Avenue
Coweta, OK 74429


John Berwaldt
17301 SOUTH 337TH EST AVENUE
PORTER, OK 74454

John Dickmann
4562 E 39th St
Tulsa, OK 74135

JOHN M HORETH I I
3109 SOUTH GARDENIA
Broken Arrow, OK 74012

John Richardson *
5002 Redbud Dr.
Sand Springs, OK 74063

John Seales
2717 Mckinley Place
Ponca City, OK 74601

Joline Huyser
291 Whippoorwill Rd
Ponca City, OK 74604

JONATHAN BORNERT
PO BOX 701707
TULSA, OK 74170

Jose & Renae Ortiz
6151 North Creekwood Drive
Owasso, OK 74055

Joseph Hooten
409 West 120th Pl S
Jenks, OK 74037

Judith Murray
3734 East 81st Place
Tulsa, OK 74137

Judy Anderegg
70 South 204th East Avenue
Tulsa, OK 74108

Jules Goodman & Mindy
Littlefield
107 WESTLAND DRIVE
SAPULPA, OK 74066

Julie M Nickel
2216 East 30th Street
Tulsa, OK 74114

Justin D & Jo Ann Williams
2050 South 261st East Avenue
Catoosa, OK 74015

K RONALD MACY
1008 EAST SEATTLE STREET
Broken Arrow, OK 74012

Karen & Walter McMillan
15605 East 112th Street North
Owasso, OK 74055

Karen Barnhart
453558 Osage Ave
Afton, OK 74331

Kathy Gerian
405 Adams Avenue
Blackwell, OK 74631


Katie Fichtner (Prev Owner
Jamie Hancock)
15490 North 21st East Avenue
Skiatook, OK 74070


Katie Saunders
131 E 26th Pl
Tulsa, OK 74070


KBL Homes (Home owner is
Steve Ketrow)
27559 South 556 Lane
Tulsa, OK 74334


KEITH & KARI SMITH
2700 Harber Oaks Loop
Grove, OK 74344


Ken & Patricia Horn
100 Oak Ridge Drive
Sand Springs, OK 74063


Ken Glenn
305 West 17th Street
Owasso, OK 74055


Kenneth & Betty Bell
215 North Weenonah Avenue
Claremore, OK 74017

Kenneth Adams (Owasso)
9206 North 100th East Court
Owasso, OK 74055


Kenneth Grant
18982 East Knightsbridge Road
Owasso, OK 74055


Kenny Baumann
3013 S Boston Pl
Tulsa, OK 74114


Kent Schobe
3535 East 107th Place
Tulsa, OK 74137


Kevin & Cynthia (Cindy)
Hershberger
34353 East 129th Street South
Coweta, OK 74429


Kevin Shed
16745 South 11th West Avenue
Glenpool, OK 74033


Kim & Quinn Jones
30288 S VFW rd
Tulsa, OK 74033


Kimber & Betty Rarick
2250 S 66th Pl W
Muskogee, OK 74401

Kitt and Katie Dupire
6207 East 89th Street
Tulsa, OK 74137


KJ GOODWIN
33309 East 61st Street South
Broken Arrow, OK 74014


KRASKE, TERESA
102 Pelican Drive
Mannford, OK 74044


L DUANE WILSON
8610 SOUTH GARY AVENUE
TULSA, OK 74137


L Jake & Carol Schweikhard
2648 EAST 20TH STREET
TULSA, OK 74104


Lance & Lindsey Lohrenz
6458 N. TWIN CREEKS DR
Owasso, OK 74055


LARCHEY, NICK
5145 East 30th Street
Tulsa, OK 74114


Larry & Lisa Turney
115 South Sanders Road
McAlester, OK 74501

Larry Stogner
1105 Oakwood Circle
Henryetta, OK 74437


Law Offices of Isaac H.
Greenfield, PLLC
2 Executive Blvd. Ste 305
Suffern, NY 10901


LeAnn Pickett & Tom Proctor
4212 W URBANA ST
Broken Arrow, OK 74012


Lee Streeter
3469 S Ranch Dr.
Ponca city Oklahoma, OK 74601


Lester Kelty
22065 Riverwood Drive
Claremore, OK 74019


Lewis Hawes
8127 E 107th St N
Owasso, OK 74055


Liang, Jason
4709 South Retana Avenue
Broken Arrow, OK 74011


Linda Eaton
445 East 493 Road
Salina, OK 74365

Linda Love
8808 East 136th Street South
Bixby, OK 74008


Lionhart Funding
40 Wall Street Unit 2701
New York, NY 10005


LISA & SCOTT COTERO
210 C Street Southeast
Inola, OK 74036


Lisa Henderson
PO BOX 33441
TULSA, OK 74153


Lisa Lees
17320 South 4190 Road
Claremore, OK 74017


Louella Rudd
111 Deadwood Drive
Adair, OK 74330


Louise Pittman
4826 South 68th East Avenue
Tulsa, OK 74145


Luke Dobbins
700 Kaufman Avenue
Tahlequah, OK 74464

Lura Bates
20931 E 37th Pl S
Broken Arrow, OK 74014

Lynne Clark
P O BOX 986
JENKS, OK 74037

Mac Fitzgerald
5799 E 145th St. South
Bixby, OK 74008

Marc & beverly Lucas
3530 -48
Holdenville, OK 74848

Margaret & Dave Been
3971 South Delaware Avenue
Tulsa, OK 74105

Marilyn Chenoweth
6657 South 76th East Avenue
Tulsa, OK 74133

Mark and Tracy Hagen
8401 South Fawnwood Court
Broken Arrow, OK 74011

Mark Gerlach
7900 E Commercial St.
Broken Arrow, OK 74014

Mark Kraemer
708 W 78th Pl
Tulsa, OK 74132


MARKS, NICK
3309 Callaway Drive
Claremore, OK 74019


Marla Barrett
10340 East 121st Place South
Bixby, OK 74008


Marty Friend
Harpeth on the Green IV
100 Westwood Place Ste 200
Brentwood, TN 37027


Marvin & Theresa Foster
1103 West Seminole Place
Tulsa, OK 74127


Mary Dean and Mary O'Rourk
1707 South Fulton Avenue
Tulsa, OK 74112


Matthew and Kristina Webster
1607 West Los Angeles Circle
Broken Arrow, OK 74011


Matthew Thompson
11905 Freedom Drive
Claremore, OK 74017

Maverdeen Hanna
25894 East 613 Road
Tahlequah, OK 74464


MAYFIELD, JUDY
4712 East Young Street
Tulsa, OK 74115


MCGREGOR, ALICE
3743 East 48th Place
Tulsa, OK 74135


MCMAHAN, MICKEY
5615 S 68TH E AVE
TULSA, OK 74145


Melvin Magers
105 Tomme Ln
Tahlequah, OK 74464


MICHAEL A & CAROLYN
BANNISTER
P O BOX 9697
TULSA, OK 74157


Michael Childers
1307 E 133rd place
Glenpool, OK 74033


Michael D & Tina Brickey
3007 West Washington Place
Broken Arrow, OK 74012

Michael Durie
2726 West 68th Place South
Tulsa, OK 74132


Michael Hann
401 South 62nd Street
Broken Arrow, OK 74014


Michael Irvine
18821 U.S. 69
Kiowa, OK 74553


Michael Smith & Cynthia
Garrett
2622 West 72nd Street
Tulsa, OK 74132


Michael Tidwell
1785 East 31st st
Tulsa, OK 74105


Michael Zaleski
224 Grandview Blvd
Muskogee, OK 74403


Mike & Dreseea Dunkle
419355 E 1138 RD
Eufaula, OK 74432


Mike L & Tricia Brown
17295 S Elwood Ave
Mounds, OK 74047

Mike McGrew
3600 Dana Drive
Bartlesville, OK 74006


Mike Parker
7403 E 166TH ST N
Collinsville, OK 74021


Milton & Angela Madry
135 South 176th West Place
Sand Springs, OK 74063


Misty Bessenbaugh
17 S 205th E Ave
Tulsa, OK 74108


MORGAN, LINDA
1206 South 99th East Avenue
Tulsa, OK 74128


MYERS, LONNIE (David Myers)
15025 BRYOR ROAD
MORRIS, OK 74445


Neel and Erica Kumar
2446 E. 22nd St.
Tulsa, OK 74114


Nick Kila
19860 e rocky ct
Owasso, OK 74055

Norman Neely
57 Strawberry Lane
Heavener, OK 74937


OGDEN, CANDY
5318 East 4th Terrace
Tulsa, OK 74112


Ola Ross
2806 South 294th East Avenue
Broken Arrow, OK 74014


Oscar Gallardo
5701 West Hilton Road
Sapulpa, OK 74066


Otto Burk
3891 East 90th Street North
Wagoner, OK 74467


Owen Pugh
8332 South 70th Avenue East
Tulsa, OK 74133


Pam Tiernan
10416 South Hudson Avenue
Tulsa, OK 74137


Pamela Flippo
1725 South Detroit Avenue
Tulsa, OK 74120

Partida Holdings of Enid, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of
Fayeteville, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Lawton,
LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Little
Rock, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Management, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Pat Pilkington
18350 South 4160 Road
Claremore, OK 74017


Patricia Hardy
8347 N 118th E Ave
Owasso, OK 74055

Patricia Howard
733 Edgewood Drive
Ponca City, OK 74604


Patty Hennigan
1912 East 20 Street
Okmulgee, OK 74447


Paul Appel
5704 W Charleston
Broken Arrow, OK 74011


Paul Gruenberg
10003 Cedar Springs Drive
Claremore, OK 74017


Paul Stattel
5209 Barnett Avenue
Bartlesville, OK 74006


Paula Smith
8660 North 428
Adair, OK 74330


Peek, Arnold
1200 South East 19th Street
Pryor, OK 74361


Pereff, Linda
10275 South 96th East Place
Tulsa, OK 74133

Phillip & Kathy Newsom
310 Shapard Drive
Choctaw, OK 73020

Poser, Rose
7364 Poser Road
Claremore, OK 74019

Potts, William & Kathy
433 North Moccasin Place
Sapulpa, OK 74066

Rachel Miller (PRYOR)
9279 W 470 RD
Pryor ok 74361, OK 74361

Randell Shults
446653 East 280 Road
Tulsa, OK 74361

Randy Rhines
3827 South Magnolia Place
Broken Arrow, OK 74011

Rebecca Kephart (Prev Jerry
Howell)
28605 East 76th Street South
Broken Arrow, OK 74014

Rene Andrews
PO BOX 787
MANNFORD, OK 74044

Richard Clifton
18409 East 49th Street
Tulsa, OK 74134


Richard H & Madonna Snelson
1408 West Quinton Street
Broken Arrow, OK 74011


Richard Hubert
4102 West Laredo Street
Broken Arrow, OK 74012


Richard Stromme
6105 E 74TH ST
Tulsa, OK 74136


Rick & Sherry Archer
1802 South Ash Place
Broken Arrow, OK 74012


Rick Dinkel
1215 CROWN DR
Bartlesville, OK 74006


Riley Gilmore
5988 North 41st West Avenue
Tulsa, OK 74126


Rob & Heather Bebout
6116 South Gary Avenue
Tulsa, OK 74136

Rob Thompson
3809 S. Butternut
Broken Arrow, OK 74011


Robert Coke
17736 East 95th Street North
Owasso, OK 74055


ROBERT ESTES
805 North Terrace Drive
Bixby, OK 74008


Roberta Buxman
125 Magnolia Street
Pryor, OK 74361


Rod Miller
2527 East 25th Street
Tulsa, OK 74114


Roger & Roxie Hess
16515 South Rockford Avenue
Bixby, OK 74008


Ron & Debbie Akins
28794 W HW 66
Bristow, OK 74010


Ron and Judy Sole
1208 South Apple Street
Sapulpa, OK 74066

Ron Looney
906 West 85th Street South
Tulsa, OK 74132


Ron McGee
8105 S Toledo Ave
Tulsa, OK 74137


Ronald Edwards
11806 South 73rd East Avenue
Bixby, OK 74008


Ronald Harris
1308 Southeast 9th Street
Wagoner, OK 74467


RONNIE D & DONNA P
MCCUTCHEN
P O BOX 156
OOLOGAH, OK 74053


Rose Viskari
4421 South Gary Avenue
Tulsa, OK 74105


Ross Melone
34702 S. 4198 Rd
Inola, OK 74036


Roy & Beverly Matthews
831 LAKEVIEW CT
Sapulpa, OK 74066

Roy & Gamal Lucius
3411 West Edgewater Place
Broken Arrow, OK 74012

Rural Sewer District #1
Todd McGuire
Bixby, OK 74008

Russell & Pam Reeves
6103 E. 128th St.
Bixby, OK 74008

Ryan and Rachel Wimpey
22380 East 115th Place South
Coweta, OK 74429

S EARLINE & WALT LOWTHER
9012 NORTH 65th EAST PLACE
OWASSO, OK 74055

Sam & Virginia Anthony
4802 Rustic Rd
Sand Springs, OK 74063

Samalyn Cudek
9409 S Urbana Ave
Tulsa, OK 74369

SANDRA & Donald WALLER
715 South 2nd Street
McAlester, OK 74501

SCHMITT, TRAVIS
11915 South Toledo Avenue
Tulsa, OK 74137


Scoggin, Steve
2106 South Darlington Place
Tulsa, OK 74114


Scott (Richard) Rumley
5115 East 109th Street
Tulsa, OK 74137


Scott and Amy Fowler
1756 Caddo Street
Oologah, OK 74053


Scott Tynon
444679 e 70
Welch, OK 74369


Scott Vance
6286 Grey Fox Lane
Sperry, OK 74073


Scott Wagnor
14788 Sugarloaf Lane
Poteau, OK 74953


Scott Wilkins
12118 South 109th East Avenue
Bixby, OK 74008

See attached list

SENDY & DARRYL LARSEN
17116 East 119th Street North
Collinsville, OK 74021

Shan Kitterman
3704 East 99th Place
Tulsa, OK 74137

Shaun Wilson
6503 East 83rd Place
Tulsa, OK 74133

SHEILA CENTENO
4808 s elwood ave #105
TULSA, OK 74107

SHERRY WARREN
16981 N 280TH RD
MORRIS, OK 74445

Shery Jackson
7150 South 442 Road
Locust Grove, OK 74352

Slate Advance
15 America Ave Ste. 303
Lakewood, NJ 08701

SQ Advance
7901 4th St. N Ste. 300
Saint Petersburg, FL 33702

Stacey Stephens
2660 South Birmingham Place
Tulsa, OK 74114

Stephen & Carol Vaca
3415 West Edgewater Place
Broken Arrow, OK 74012

Stephen Murdock
3103 Magnolia Court
Sand Springs, OK 74063

Steve & Katie Dobbs
9945 South 87th East Avenue
Tulsa, OK 74369

Steve Cordray Jr
8512 E 32nd St
Tulsa, OK 74145

Steve James
2798 Cross Creek Drive
Oologah, OK 74053

Steve Koupe
27325 East 5th Street
Catoosa, OK 74015

Steve R Mock
8654 South 113th West Avenue
Sapulpa, OK 74066

Steven A Smith
114605 Meadow Lane Rd
Eufaula, OK 74432

Steven Humphrey
8408 E FREEPORT ST
Broken Arrow, OK 74014

Stevens Aerie Acres Ranch
14083 Oklahoma 51
Coweta, OK 74429

Sue Carlock
15628 S Oak St
Sapulpa, OK 74066

Susan Manning & Steve
Richison
23066 e 87th st. South
Broken arrow, OK 74014

Susan O'Neal
1620 West Broadway Street
Collinsville, OK 74021

Susan Sailing
21952 East 101st Place South
Broken Arrow, OK 74014

Susan Wassom
76090 South 300th Road
Wagoner, OK 74467


Susie McCormick
3839 South 117th East Avenue
Tulsa, OK 74146


Suzannah Snider
8527 SOUTH JAMESTOWN AVENUE
TULSA, OK 74137


Synchrony
777 Long Ridge Road
Stamford, CT 06902


Ted Pollock
4529 S. Retana Ave.
Broken Arrow, OK 74011


Teresa Dunlap
7508 South Hickory Avenue
Broken Arrow, OK 74011


Terral Eichelberger
9203 North 103rd East PL.
Owasso, OK 74055


Terry Leclair
414668 E. 1069 Rd
Council Hill, OK 74428

Terry Ruffell & Charles
Mullikin
1620 Triple D Dr
Grove, OK 74344


Thair & Jenny Truesdale
13124 Wod Circle
Collinsville, OK 74021


Thomas and Martha Hutton
370196 East 1182 Road
Okemah, OK 74859


Thomas Kiley
1909 W Charleston St
Broken Arrow, OK 74011


Thomas Martin
4934 South Redbud Avenue
Broken Arrow, OK 74011


THOMAS SMITH
601 North Aster Avenue
Broken Arrow, OK 74012


Thomas Warburton
2524 E 66 Pl
Tulsa, OK 74136


Thomas, Scott
220 South Florence Avenue
Tulsa, OK 74104

Tim Chapman
1242 N Creek St
Dewey, OK 74029

Tim Cutsinger
16813 E 480 Rd
Claremore, OK 74019

Tim Howard
2433 South 16th Court
Broken Arrow, OK 74012

Timothy Antwine (Brad)
1747 South Gary Avenue
Tulsa, OK 74104

Tina Cabrera
1200 East Edgewater Street
Broken Arrow, OK 74012

Tipton, John
2712 Georgia Avenue
Muskogee, OK 74403

Tom & Susan Newman
6707 E 118th St S
Bixby, OK 74008

Tom Boyer
362197 East 1110 rd
Paden, OK 74860

Tony & Fawn Horn
PO Box 336
Beggs, OK 74421


Tony Hall
11809 East 34th Street
Tulsa, OK 74146


TPD (Gina Kepler)
4011 South 135th East Avenue
Tulsa, OK 74134


Tracy Anderson
PO BOX 629
PERRY, OK 73077


Travis Parker
128 Wheatheart Drive
Tonkawa, OK 74653


TRAYLOR, VICTOR
426492 East 1100 Road
Checotah, OK 74426


Tressia & Ken (Earl) Hayes
6524 s 385th W Ave
Mannford, OK 74044


Tricia Casteel
1501 West Phoenix Place
Broken Arrow, OK 74011

Troy & Rhonda Jones
609 North Main Street
Tonkawa, OK 74653


Underwood, Sandra
54654 Lawson Lane
Talihina, OK 74571


Valerie & Mary Buggan
3839 South Trenton Avenue
Tulsa, OK 74105


Vannoy, Robert
1802 North Chambers Avenue
Claremore, OK 74017


Verle K & Susan R McCoy
7030 North 198th East Avenue
Owasso, OK 74055


Verna B Wilson
13411 North 131st East Avenue
Collinsville, OK 74021


Vernon Whitehead
500 NORTH J STREET
NEWKIRK, OK 74647


VEX Capital
96-14 Metropolitan Ave.
Forest Hills, NY 11375

Vincent Hoffman
8622 S Fulton Ave
Tulsa, OK 74137


Virginia Zeiler
1001 Kershaw Drive
Muskogee, OK 74401


Wanda Black
15509 East 80th Street North
Owasso, OK 74055


Warren Johnson
25500 South 627 Road
Grove, OK 74344


Waylan & Linda McLain
16247 East 128th Street South
Broken Arrow, OK 74011


Wayne Campbell
9010 N 100TH E AVE
Owasso, OK 74055


Wes Hayes
18274 West 852 Road
Park Hill, OK 74451


Wesley Carter
410 East 119th Street
Jenks, OK 74037

William "David" Pullum
1221 Country Club Road
McAlester, OK 74501

William & Rhonda Wright
7518 North 150th East Avenue
Owasso, OK 74055

William and Ginger McDaniel
9320 South 89th East Avenue
Tulsa, OK 74133

William Coyle
26885 East 136th Street South
Coweta, OK 74429

William L & Waynetta L
Lawrie
13106 North Sheridan Road
Collinsville, OK 74021

WOLF, STEPHANIE
1809 South Lions Avenue
Broken Arrow, OK 74012

Wolfe, Gregory
224 West Miles Avenue
Checotah, OK 74426

Woodward, Laura
2816 East 37th Street
Tulsa, OK 74105

Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave #714
Lakewood, NJ 08701